In the Matter of ADELAIDE NEUWIRTH, Respondent, against PANTASOTE COMPANY, Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *post*, p. 790.]

■

In the Matter of the Arbitration between STERN, MORGENTHAU & CO., INC., Appellant, and J. A. KIRSCH CO., Respondent.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *post*, p. 790.]

■

HAZEL LEVINE, Appellant, v. DAVE LEVINE, Respondent.— No opinion. Settle· order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

BEHRAVESH COMPANY, INC., Appellant, v. PREMO PHARMACEUTICAL LABORATORIES, INC., Respondent.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

ISOBEL G. MORGAN, Appellant, v. HENRY VON O. MORGAN, Respondent.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

In the Matter of the Probate of the Will of YETTA BROTTER, Deceased. ROBERT KOTLER, Appellant; LILLIAN FLEITMAN, as Administratrix of the Estate of DAVE BROTTER, Deceased, Respondent.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

LADISLAV J. HAAK, Respondent, v. CENTROTEX, LTD., Appellant.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

■

In the Matter of ROEL HOLDING CORP., Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION et al., Respondents.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.